IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| POWERBAHN, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:19-CV-01678-AT |
| | ) |
| FOUNDATION FITNESS, LLC, | ) |
| WAHOO FITNESS, LLC, | ) |
| WAHOO FITNESS HOLDINGS, | ) |
| AND PATRICK WARNER, | ) |
| | |
| Defendants. | |

### ORDER GRANTING DEFENDANTS'
### MOTION FOR RECONSIDERATION OF JANUARY 29, 2020 ORDER
### (DOC. 39) DENYING PLAINTIFF'S MOTION TO SEAL (DOC. 23)

Having considered Defendants' Motion for Reconsideration of January 29, 2010 Order (Doc. 39) Denying Plaintiff's Motion to Seal (Doc. 23), and for good cause appearing, the Court GRANTS the motion, and Orders that Exhibit A to the Motion be filed as Exhibit A to Plaintiff's Response to Defendant Patrick Warner's Motion to Dismiss (Doc. 22).

Dated this 11th day of February, 2020.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE