IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| POWERBAHN, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FOUNDATION FITNESS LLC, WAHOO FITNESS, LLC, WAHOO FITNESS HOLDINGS, and PATRICK WARNER, <br><br> Defendants. | Case No. 1:19-cv-01678-AT <br><br> JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL OF COUNTS 5-12 AND 15-16 ONLY

Plaintiff PowerBahn, LLC ("Plaintiff") and Defendants Foundation Fitness LLC, Wahoo Fitness, LLC, Wahoo Fitness Holdings, and Patrick Warner ("Defendants," and collectively, with Plaintiff, the "Parties") hereby stipulate to the dismissal of Counts 5-12 and 15-16 of Plaintiffs' Complaint, and Count I of Defendants' Counterclaims, with each party bearing its own costs, expenses, and attorney fees with respect to such Counts.

Count 13 (False Advertising under the Lanham Act) and Count 14 (Reverse Passing Off under the Lanham Act), as well as Count II of Defendants' counterclaims, remain pending in this action.

Respectfully submitted this 28th day of February, 2020.

| | |
|---|---|
| */s/Daniel A. Kent* | */s/Keith J. Grady (w/permission)* |
| Daniel A. Kent | Keith J. Grady |
|    Georgia Bar No. 415110 |    Admitted *Pro hac vice* |
|    dankent@kentrisley.com |    kgrady@polsinelli.com |
|    Tel:  (404) 585-4214 | Graham L. Day |
|    Fax:  (404) 829-2412 |    Admitted *Pro hac vice* |
| Stephen R. Risley |    gday@polsinelli.com |
|    Georgia Bar No. 606545 | Polsinelli PC |
|    steverisley@kentrisley.com | 100 S. Fourth St., Suite 1000 |
|    Tel:  (404) 585-2101 | St. Louis, MO 63102 |
|    Fax:  (404) 389-9402 | Telephone: 314.889.8000 |
| Cortney S. Alexander | Facsimile: 314.231.1776 |
|    Georgia Bar No. 142690 | |
|    cortneyalexander@kentrisley.com | Joseph C. Sharp |
|    Tel:  (404) 855-3867 | Georgia Bar No. 637965 |
|    Fax:  (770) 462-3299 | jsharp@polsinelli.com |
| | Polsinelli PC |
| KENT & RISLEY LLC | 1201 West Peachtree Street, Suite 1100 |
| 5755 N Point Pkwy Ste 57 | Atlanta, GA 30309 |
| Alpharetta, GA 30022 | Telephone: 404.253.6000 |
| | Facsimile: 404.253.6060 |
| *Counsel for Plaintiff* | |
| | *Counsel for Defendants* |
| | |
| | Holmes J. Hawkins III |
| | Georgia Bar No. 338681 |
| | King & Spalding, LLP |
| | 1180 Peachtree St., NE |
| | Atlanta, GA  30309 |
| | Telephone:  404-572-2443 |
| | Fax:  404-572-51536 |

*Counsel for Defendants
Wahoo Fitness, LLC, and
Wahoo Fitness Holdings, LLC*